Stephanie L. Silvano (NJ #168182016)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.:   212.351.4000
Fax:   212.351.4035
ssilvano@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY RINGLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETMGM, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-07462-JXN-CLW |

## CORPORATE DISCLOSURE STATEMENT OF BETMGM, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), BetMGM, LLC, by and through its undersigned counsel, hereby states that BetMGM, LLC is owned 50% by GVC Holdings (USA) Inc. and 50% by MGM Sports & Interactive Gaming, LLC. Entain Holdings (UK) Limited owns 100% of GVC Holdings (USA) Inc., and Entain plc owns 100% of Entain Holdings (UK) Limited.  MGM Resorts International owns 100% of MGM Sports & Interactive Gaming, LLC.  Entain plc and MGM Resorts

International are both publicly traded corporations.

                                                Respectfully Submitted,

Date:  January 13, 2023                GIBSON, DUNN & CRUTCHER LLP

                                                By:  */s/ Stephanie L. Silvano*
                                                       STEPHANIE L. SILVANO

                                            *Attorneys for Defendant BetMGM, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the attached Corporate Disclosure Statement of BetMGM, LLC by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ Stephanie L. Silvano*
STEPHANIE L. SILVANO
