Stephanie L. Silvano (NJ #168182016)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:  212.351.4035
ssilvano@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY RINGLING, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BETMGM, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:22-cv-07462-JXN-CLW |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the following documents with using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system:

- [Proposed] Consent Order Extending Time for Defendant to Respond to Complaint; and

- This Certificate of Service

Date:  January 13, 2023          GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Stephanie L. Silvano*
     STEPHANIE L. SILVANO

*Attorneys for Defendant BetMGM, LLC*