# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
www.gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
SSilvano@gibsondunn.com

January 17, 2023

VIA CM/ECF

The Honorable Julien Xavier Neals
The Honorable Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building and United States Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *Ringling v. BetMGM, LLC*, No. 2:22-cv-07462-JXN-CLW

Dear Judge Neals and Magistrate Judge Waldor:

This firm represents Defendant BetMGM, LLC in the above-referenced matter.  We write, with consent of Plaintiff's counsel, to request that the time for BetMGM, LLC to respond to the complaint be extended for thirty days from the date of service, up to and including February 16, 2023.  Pursuant to the Court's judicial preferences, we filed a [Proposed] Consent Order on January 13, 2023 (ECF No. 6).  Plaintiff's counsel have agreed not to seek default while the [Proposed] Consent Order is pending.

If this extension meets with Your Honor's approval, we respectfully request that the Court enter the [Proposed] Consent Order (ECF No. 6).

Respectfully Submitted,

*/s/ Stephanie L. Silvano*

Stephanie L. Silvano

cc:  All Counsel of Record (via ECF)