**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLLY RINGLING, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>BETMGM, LLC,<br><br>   Defendant. | Civil Action No. 2:22-cv-07462-JXN-CLW |

**CONSENT ORDER EXTENDING TIME**
**FOR DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6.1 and this Court's judicial preferences regarding extension of time requests, Defendant submits this proposed consent order for approval and entry by the Court.

WHEREAS, on December 22, 2022, Plaintiff filed the complaint in this action;

WHEREAS, on December 27, 2022, Defendant was served with the summons and complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), the deadline for Defendant's response to the complaint is currently January 17, 2023;

WHEREAS, due to the service of process over the holiday period, Defendant

was only recently able to retain counsel for this action;

WHEREAS, the parties have conferred and agree to extend the time within which Defendant may respond to the complaint by 30 days, up to and including February 16, 2023;

WHEREAS, there have been no similar extensions previously obtained;

WHEREAS, the parties agree that this proposed consent order does not waive any right of the parties to seek further extensions from this Court;

WHEREAS, the parties agree that nothing in this stipulation shall be construed as a waiver of any of Plaintiff's or Defendant's rights, defenses, or arguments they would otherwise have;

IT IS STIPULATED AND AGREED THAT, subject to the Court's approval,

1. Defendant shall have up to and including February 16, 2023, to respond to the complaint.

2. Nothing in this consent order shall be construed as a waiver of any of Plaintiff's or Defendant's rights, defenses, or arguments they would otherwise have.

IT IS SO ORDERED this 18th day of January , 2023.

*/s/ Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.

Defendant BetMGM, LLC consents to the form and entry of this order.

Dated:  January 13, 2023       By:  */s/ Stephanie L. Silvano*
                                    STEPHANIE L. SILVANO

                                    Stephanie L. Silvano (NJ #168182016)
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    200 Park Avenue
                                    New York, NY 10166
                                    Tel.:  212.351.4000
                                    Fax:  212.351.4035
                                    ssilvano@gibsondunn.com

                                    *Attorneys for Defendant BetMGM, LLC*

Plaintiff Holly Ringling consents to the form and entry of this order.

Dated:  January 13, 2023       By:  */s/ Javier L. Merino*
                                    JAVIER L. MERINO

                                    Javier L. Merino (NJ #078112014)
                                    **THE DANN LAW FIRM, PC**
                                    1520 U.S. Highway 130, Suite 101
                                    North Brunswick, NJ 08902
                                    Tel.:  201.355.3440
                                    Fax:  216.373.0536
                                    notices@dannlaw.com

                                    *Attorneys for Plaintiff Holly Ringling*