Javier L. Merino, Esq.
THE DANN LAW FIRM, P.C.
1520 U. S. Highway 130, Suite 101
North Brunswick, NJ 08902
Telephone: (732) 545-7900
notices@dannlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY RINGLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETMGM, LLC,<br><br>Defendant. | Civil Action No.: 2:22-cv-07462-JXN-CLW<br><br>**CERTIFICATION OF LOCAL COUNSEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN D. FLICK** |

I, Javier L. Merino, Esq., certify as follows pursuant to Local Civil Rule 101.1(c):

1. I am an attorney at law of the State of New Jersey duly qualified to practice pursuant to R. 1:21- I am a member in good standing of the Bar of the State of New Jersey and duly admitted to practice law in the courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2. I am Counsel with The DannLaw Firm, P.C., attorneys for Holly Ringling, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") in the above matter. I submit this Certification in support of Plaintiffs' application for an Order admitting Brian D. Flick as counsel p*ro hac vice* in the within matter and in any related mediation or arbitration pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

3. If the Court grants the above-referenced application for *pro hac vice* admission, I will continue to serve as local counsel of record in this matter, attend all court appearances as required by the Court, review all pleadings, briefs and other papers filed with the Court, be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: February 13, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE DANN LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Javier L. Merino*
　　　　　　　　　　　　　　　　　　　　Javier L. Merino, Esq.
　　　　　　　　　　　　　　　　　　　　DannLaw
　　　　　　　　　　　　　　　　　　　　1520 U. S. Highway 130, Suite 101
　　　　　　　　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　Telephone: (732) 545-7900
　　　　　　　　　　　　　　　　　　　　notices@dannlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Holly Ringling and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2023, I electronically filed the foregoing by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Javier L. Merino*
　　　　　　　　　　　　　　　　　　　　Javier L. Merino, Esq.