**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLLY RINGLING, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br><br>v.<br><br><br>BETMGM, LLC,<br>　　　Defendant. | Civil Action No.: 2:22-cv-07462-JXN-CLW |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the District of New Jersey, the undersigned respectfully moves for the admission *pro hac vice* of Marc E. Dann of the law firm of Dann Law, 15000 Madison Avenue, Lakewood, OH 44107, (216) 373-0539, for purposes of appearance as co-counsel on behalf of Plaintiff Holly Ringling, individually, and on behalf of all others similarly situated in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marc E. Dann to receive electronic filings in this case, and in support thereof states as follows:

　　　1.　　　Marc E. Dann is not admitted to practice in the District of New Jersey and is a member in good standing of the Supreme Court of Ohio & the District of Columbia.

　　　2.　　　Movant, Javier L. Merino, of the The Dann Law Firm, PC, 1520 U.S. Highway 130, Suite 101, North Brunswick, New Jersey 08902, is a member in good standing of The New Jersey Bar and the United States District Court for the District of New Jersey and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate

regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Marc E. Dann has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Marc E. Dann, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marc E. Dann at email address: mdann@dannlaw.com.

WHEREFORE, Javier L. Merino, Esquire, moves this Court to enter an Order Marc E. Dann, to appear before this Court on behalf of Holly Ringling, individually and on behalf of all others similarly situated, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marc E. Dann.


Date: February 14, 2023                              Respectfully submitted,

                                                     THE DANN LAW FIRM, P.C.


                                                     */s/ Javier L. Merino*
                                                     Javier L. Merino, Esq. (078112014)
                                                     1520 U. S. Highway 130, Suite 101
                                                     North Brunswick, NJ 08902
                                                     Telephone: (732) 545-7900
                                                     Facsimile: (216) 373-0536
                                                     notices@dannlaw.com

                                                     Marc E. Dann (OH #0039425)*
                                                     Brian D. Flick (OH #0081605)*
                                                     **DannLaw**
                                                     15000 Madison Avenue
                                                     Lakewood, OH 44107
                                                     Telephone: (216) 373-0539
                                                     Email: *notices@dannlaw.com*
                                                     *Pro Hac Vice Applications Anticipated*

                                                     *Counsel for Plaintiff Holly Ringling and the
                                                     Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### Case No.: 1:22-cv-20984

HOLLY RINGLING, individually and
on behalf of all others similarly situated,

     Plaintiff,

v.

LAKEVIEW LOAN SERVICING, LLC,

     Defendant.

_____/

### <u>CERTIFICATION OF MARC E. DANN</u>

Marc E. Dann, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the District of New Jersey;  (2) I am a member in good standing of Supreme Court of Ohio and the District of Columbia and the United States District Court, Northern District of Ohio, (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_/s/ Marc E. Dann_

Marc E. Dann

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**Case No.: 1:22-cv-20984**

HOLLY RINGLING, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

LAKEVIEW LOAN SERVICING, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Marc E. Dann, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the District of New

Jersey and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered

the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

      The Motion is GRANTED.   Marc E. Dann may appear and participate in this action on

behalf of Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to

Marc E. Dann, at mdann@dannlaw.com.


      DONE AND ORDERED in Chambers at _____, New Jersey,

this _____ day of _____.


                              _____

                                United States District Judge

Copies furnished to: All Counsel of Record