# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Case No.: 1:22-cv-20984

HOLLY RINGLING, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

LAKEVIEW LOAN SERVICING, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Marc E. Dann, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the District of New Jersey and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Marc E. Dann may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Marc E. Dann, at mdann@dannlaw.com.

    DONE AND ORDERED in Chambers at _____, New Jersey, this _____ day of _____.

                                                         _____
                                                          United States District Judge

Copies furnished to: All Counsel of Record