UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HOLLY RINGLING, individually and
on behalf of all others similarly situated,

    Plaintiff,

                                                  2:22-cv-07462-JXN-CLW

v.

BETMGM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian D. Flick, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the District of New Jersey and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

    The Motion is GRANTED.   Brian D. Flick, may appear and participate in this action on behalf of Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to Brian D. Flick, at bflick@dannlaw.com.

    Brian D. Flick will pay a fee of $150.00 to the Clerk of this Court upon their admission *pro hac vice*.

    Brian D. Flick shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

Dated: March 8, 2023

                                                                       */s/ Cathy L. Waldor*
                                                                    Cathy L. Waldor, U.S.M.J.