UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | CIVIL ACTION NO: 22-7462 (JXN) (CLW) <br><br> NOTICE OF ADDRESS CHANGE |

NOTICE OF ADDRESS CHANGE

TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Kevin Laukaitis, Esq. now works under a different firm name. Mr. Laukaitis' new contact information is below:

Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De León
Suite 205, #10518
San Juan, PR 00907
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Laukaitis Law LLC, with co-counsel of record, will continue to represent Plaintiffs in this action. Please direct all correspondence to Mr. Laukaitis at his new firm.

Dated:       May 15, 2023                    Respectfully submitted,

                                             */s/ Kevin Laukaitis*
                                             Kevin Laukaitis (NJ ID: 155742022)
                                             **LAUKAITIS LAW LLC**
                                             954 Avenida Ponce De León
                                             Suite 205, #10518
                                             San Juan, PR 00907
                                             Tel: (215) 789-4462
                                             klaukaitis@laukaitislaw.com

*Counsel for Plaintiffs*