Stephanie L. Silvano (NJ #168182016)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:  212.351.4035
ssilvano@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | Civil Action No. 22-7462-JXN-CLW |

**NOTICE OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that the undersigned counsel for Defendant hereby moves before the United States District Court for the District of New Jersey for an order granting Defendant's motion to admit Christopher Chorba, Jeremy S. Smith, and Wesley Sze, of Gibson, Dunn & Crutcher LLP as counsel in this matter *pro hac vice*, pursuant to Local Rule 101.1(c).

PLEASE TAKE FURTHER NOTICE that in support of said motion, Defendant will rely on the attached Certifications of Stephanie L. Silvano Christopher Chorba, Jeremy S. Smith, and Wesley Sze, filed and served with this motion.

- 2 -

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs have consented to the *pro hac vice* admission of counsel.

PLEASE TAKE FURTHER NOTICE that a form of order on this application is submitted with this motion.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date:  May 22, 2023 | GIBSON, DUNN & CRUTCHER LLP |
|  | By:  */s/ Stephanie L. Silvano*<br>        STEPHANIE L. SILVANO |
|  | Stephanie L. Silvano (NJ #168182016)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.:     212.351.4000<br>Fax:     212.351.4035<br>ssilvano@gibsondunn.com |
|  | *Attorneys for Defendant BetMGM, LLC* |