Stephanie L. Silvano (NJ #168182016)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:   212.351.4000
Fax:   212.351.4035
ssilvano@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | Civil Action No. 22-7462-JXN-CLW |

## CERTIFICATION OF STEPHANIE L. SILVANO

I, Stephanie L. Silvano, of full age, hereby declare as follows:

1.      I am an attorney with the law firm of Gibson, Dunn & Crutcher, LLP with a mailing address of 200 Park Avenue, New York, New York 10166-0193, attorneys for Defendant BetMGM, LLC.  I make this declaration on personal knowledge and in support of the motion to have Christopher Chorba, Jeremy S. Smith, and Wesley Sze admitted *pro hac vice* to appear on behalf of Defendant.

2.      I am a member in good standing of the bars of the State of New Jersey and the State of New York.  I have never been disciplined in any jurisdiction, nor are any disciplinary proceedings pending against me in any jurisdiction.

3. As set forth in his declaration, Mr. Chorba is a member in good standing of the bars of the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.

4. As set forth in his declaration, Mr. Smith is a member in good standing of the bars of the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Ninth Circuit.

5. As set forth in his declaration, Mr. Sze is a member in good standing of the bars of the State of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Tenth Circuit.

6. Defendant has requested that Messrs. Chorba, Smith, and Sze

participate and represent it in this matter.

7. As further set forth in their declarations, Messrs. Chorba, Smith, and Sze agree to abide by the requirements set forth in the Local Civil Rules and such further requirements as the Court may impose as a condition of their admission.

8. During the course of the representation of Defendant in this matter, I agree to: (i) sign all pleadings and submissions; (ii) make all court appearances; (iii) ensure that Messrs. Chorba, Smith, and Sze comply with the Local Civil Rules, including but not limited to Local Civil Rule 101.1(c).

9. During the course of the representation of Defendant in this matter, I further agree to be responsible for the conduct of Messrs. Chorba, Smith, and Sze, and the cause.

10. If this application is granted, Messrs. Chorba, Smith, and Sze will make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3) within twenty (20) days from the date of the executed order, and will comply with New Jersey Rule 1:28-2(a) requiring annual payment into the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey State Court Rule 1:28-2(a).

11. Counsel for Plaintiffs have consented to the admission of Messrs. Chorba, Smith, and Sze *pro hac vice*.

I declare under penalty of perjury of the laws of the United States that the

- 4 -

foregoing is true and correct.

Date:  May 22, 2023

                                        */s/ Stephanie L. Silvano*
                                        STEPHANIE L. SILVANO