Stephanie L. Silvano (NJ #168182016)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:   212.351.4035
ssilvano@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | Civil Action No. 22-7462-JXN-CLW |

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the following documents with using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system:

- Notice of Unopposed Motion for Admission *Pro Hac Vice*;
- Certification of Stephanie L. Silvano;
- Certification of Christopher Chorba;
- Certification of Jeremy S. Smith;
- Certification of Wesley Sze;
- [Proposed] Order; and

- 2 -

- This Certificate of Service

Date:  May 22, 2023 　　　　　　　　　　　*/s/ Stephanie L. Silvano*
　　　　　　　　　　　　　　　　　　　　　STEPHANIE L. SILVANO

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant BetMGM, LLC*