AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| IN RE: BET MGM DATA BREACH LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-07462-JXN-CLW |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Scott Madlinger.

Date: 05/30/2023

/s/ Courtney E. Maccarone
*Attorney's signature*

Courtney E. Maccarone
*Printed name and bar number*

LEVI & KORSINSKY, LLP
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
*Address*

cmaccarone@zlk.com
*E-mail address*

(212) 363-7500
*Telephone number*

(212) 363-7171
*FAX number*