UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

IN RE: BETMGM DATA BREACH LITIGATION

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 22-7462-JXN-CLW

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Christopher Chorba

Address: Gibson, Dunn & Crutcher LLP

333 South Grand Avenue

Los Angeles, CA 90071

E-mail: cchorba@gibsondunn.com
(One email address only)