UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 22-7462-JXN-CLW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

*/s/ Stephanie Silvano*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Wesley Sze

Address: Gibson, Dunn & Crutcher LLP

1881 Page Mill Road

Palo Alto, CA 94304

E-mail: wsze@gibsondunn.com
(One email address only)

DNJ-CMECF-002